1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN MASON, and AMERICAN FAMILY MUTUAL INSURANCE COMPANY, as subrogee of Kevin Mason,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRIVEE TRANSPORT, LTD, a foreign corporation, and SANDRA VAN VEEN, an individual,<br><br>　　　　　　　Defendants. | NO:  1:20-CV-3210-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice and without Costs (ECF No. 19).  The parties agree that all claims against Defendants may be dismissed in their entirety with prejudice and without costs and/or attorney fees as to any party.  The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims against Defendants Trivee Transport, Ltd. and Sandra Van Veen are **DISMISSED** with prejudice and without costs and/or attorney fees as to any party.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED November 15, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2